UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20374-WILLIAMS

UNITED STATES OF AMERICA

vs.

MANUEL FELIPE ARENALES MONROY,

    Defendant.

_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **MANUEL FELIPE ARENALES MONROY,** are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that, in or about 2012, the Defendant and another co-conspirator ("Co-Conspirator 1" or "CC1") traveled to a location in Costa Rica to retrieve approximately 470 kilograms of cocaine that had been shipped to Costa Rica from Colombia. The Defendant and CC1 were acting on behalf of a Guatemalan national, another co-conspirator, who was the intended owner and recipient of those drugs. As part of the conspiracy, the Defendant and CC1 were tasked with transporting that cocaine from Costa Rica to Guatemala. All the co-conspirators, including the Defendant, knew that the route of the drugs, specifically, north from Colombia to Costa Rica and then to Guatemala, indicated that the drugs

1

were destined for Mexico and then the United States, and that at least of portion of this cocaine, specifically at least 5 kilograms of cocaine, was intended to be imported into the United States.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 12.11.17           By: _____
                              WALTER M. NORKIN
                              ASSISTANT UNITED STATES ATTORNEY

Date: 12-11-17           By: _____
                              PETER RABEN, ESQ.
                              ATTORNEYS FOR DEFENDANT

Date: 12-11-17           By: _____
                              MANUEL FELIPE ARENALES MONROY
                              DEFENDANT

2